# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 MAY 18 PM 1: 37

CLERK
SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| JOSEPH STEVE BURNSED, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.  CV405-148 |
| | ) | |
| TIMOTHY WARD, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _18_ day of _____, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA